UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Brown, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Uponor, Inc., and Uponor North America, Inc.,<br><br>Defendants. | Case No. 23-CV-02517 (JMB/DLM)<br><br><br>ORDER |

This matter is before the Court on Plaintiff Scott Brown's Notice of Voluntary Dismissal. (Doc. No. 36.) Plaintiff wishes to dismiss their Complaint (Doc. No. 1) against Defendants Uponor, Inc. and Uponor North America, Inc. under Rule 41(a)(1)(A)(i) and has filed a Notice of Voluntary Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 9, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court