# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Scott Brown, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 23-cv-2517 (JMB/DLM) |
| Uponor, Inc., Uponor North America, Inc., | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

Date: 7/10/2024                                                                            KATE M. FOGARTY, CLERK